IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:09-CV-17-FL

| | | |
|---|---|---|
| PEGGY RUSS and TAFFY GAUSE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| SID CAUSEY, in his individual and | ) | |
| official capacity as Sheriff of New | ) | |
| Hanover County; ED MCMAHON, in his | ) | |
| individual and official capacity as Chief | ) | |
| Deputy Sheriff of New Hanover County; | ) | |
| LACHLAN MACNEISH, in his individual | ) | ORDER |
| and official capacity as Deputy Sheriff of | ) | |
| New Hanover County; DOUG PRICE, in | ) | |
| his individual and official capacity as | ) | |
| Deputy Sheriff of New Hanover County; | ) | |
| ERIC BROWN, in his individual and | ) | |
| official capacity as Deputy Sheriff of New | ) | |
| Hanover County; B. MATT JORDAN, in | ) | |
| his individual and official capacity as | ) | |
| Deputy Sheriff of New Hanover County; | ) | |
| and OHIO CASUALTY INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

The court has been advised that the parties have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within forty-five (45) days hereof. **The parties are directed to file their Stipulation of Dismissal With Prejudice on or before Friday, March 22, 2013.**

As there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, this case is removed from the active docket.

SO ORDERED, this 6th day of February, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge